# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| United States of America | : | Criminal No. 10-570  (KSH) |
|  | : |  |
| vs. | : |  |
|  | : | ORDER OF DETENTION |
| Arturo Mendez Tapia | : |  |
| a.k.a Rigoberto Mendez, |  |  |
| Tapia Mendez, | : |  |
| Rigoberto Martinez Tapia and |  |  |
| Pedro Hernandez-Rodriguez | : |  |
|  | : |  |
| Defendant | : |  |

The United States Marshals Service are directed to take custody of the defendant pending resolution of this matter.

SO ORDERED

_____
KATHARINE S. HAYDEN    U.S.D.J.

Date: 9/13/10