UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. Katharine S. Hayden

            v.                    : Crim. No. 10-570 (KSH)

ARTURO MENDEZ TAPIA               : <u>CONTINUANCE ORDER</u>


      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lee M. Cortes, Jr., Assistant U.S. Attorney, appearing), and defendant Arturo Mendez Tapia (Carol Gillen, Assistant Federal Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 21st day of October, 2010,

IT IS ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from and including October 11, 2010, through and including December 6, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

          Motions:          December 6, 2010

          Opposition:       December 20, 2010

          Motions hearing:  January 10, 2011

          Trial:           January 17, 2011

_____
HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

_____
LEE M. CORTES, JR.
Assistant U.S. Attorney

_____
CAROL GILLEN
Assistant Federal Defender
Counsel for Arturo Mendez Tapia

ORDERED that the calendar for this matter shall be revised as follows:

Motions:

Opposition:

Motions hearing:

Trial:

*/s/ Katharine S. Hayden*
HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to:

*/s/ Lee M. Cortes, Jr.*
LEE M. CORTES, JR.
Assistant U.S. Attorney

*/s/ Carol Gillen*
CAROL GILLEN
Assistant Federal Defender
Counsel for Arturo Mendez Tapia