UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Katharine S. Hayden |
| v. | : Crim. No. 10-570 (KSH) |
| ARTURO MENDEZ TAPIA | : CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lee M. Cortes, Jr., Assistant U.S. Attorney, appearing), and defendant Arturo Mendez Tapia (Carol Gillen, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served

by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 13th day of December, 2010,

ORDERED that this action be, and hereby is, continued until March 14, 2011; and it is further

ORDERED that the calendar for this matter shall be revised as follows:

| | |
|---|---|
| Motions: | January 31, 2011 |
| Opposition: | February 14, 2011 |
| Motions hearing: | March 7, 2011 |
| Trial: | March 14, 2011 |

ORDERED that the period from the date of this order through March 14, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to:

LEE M. CORTES, JR.
Assistant U.S. Attorney

CAROL GILLEN
Assistant Federal Defender
Counsel for Arturo Mendez Tapia