UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Katharine S. Hayden |
| v. : | Crim. No. 10-570 (KSH) |
| RIGOBERTO MARTINEZ TAPIA, :<br>  a/k/a "Arturo Mendez Tapia,"<br>  a/k/a "Tapia Mendez," :<br>  a/k/a "Rigoberto Mendez,"<br>  a/k/a "Rigoberto Mendez Tapia," :<br>  a/k/a "Pedro Hernandez-Rodriguez"<br>: | **ORDER AMENDING INDICTMENT** |

This matter having been raised in open Court on January 19, 2011 upon the application of Defendant Rigoberto Martinez Tapia, also known and named in the Indictment as "Rigoberto Mendez Tapia" (Carol Gillen, Esq., appearing), for an order amending and correcting Indictment No.10-570 to reflect the defendant's true name, and Paul J. Fishman, United States Attorney for the District of New Jersey (Lee M. Cortes, Jr., Assistant U.S. Attorney, appearing) having consented to the same; and

It appearing that the true name of the defendant is Rigoberto Martinez Tapia; and

It further appearing that amending and correcting Indictment No. 10-570 to reflect the defendant's true name would not prejudice any substantial rights of the defendant; and

It further appearing that amending and correcting Indictment No. 10-570 to reflect the defendant's true name is an amendment as to form only:

IT IS on this 19th day of January, 2011,

ORDERED that defendant's application be, and is hereby, GRANTED; and it is further

ORDERED that Indictment No. 10-570 be, and is hereby, amended and corrected to reflect the defendant's true name; and it is further

ORDERED that the name "Rigoberto Mendez Tapia" in Indictment 10-570 be, and is hereby, corrected and amended to "Rigoberto Martinez Tapia, a/k/a 'Arturo Mendez Tapia,' a/k/a 'Tapia Mendez,' a/k/a 'Rigoberto Mendez,' a/k/a 'Rigoberto Mendez Tapia,' a/k/a 'Pedro Hernandez-Rodriguez,'" and all further proceedings and papers filed or otherwise submitted to the Court in this matter shall reflect the same.

So ORDERED.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge